IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UWORLD LLC f/k/a USMLEWORLD LLC, § § § | |
| Plaintiff, § § | No. 3:23-cv-447-K |
| V. § § | |
| USMLE GALAXY LLC d/b/a ARCHER REVIEW, § § § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 27, 2023 [Dkt. No. 43], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's trade dress dilution and Texas Theft Liability Act and unfair competition claims are dismissed without prejudice.

Plaintiff shall have **21 days from the date of this Order** to file an Amended Complaint to replead its trade dress dilution and Texas Theft Liability Act and unfair

competition claims consistent with the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  If Plaintiff fails to do so, those claims will be dismissed with prejudice without further notice.

**SO ORDERED.**

**Signed July 11th, 2023.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE